Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>GRIMMERGAS, INC.,<br><br>    Defendant. | Case No. 3:19-cv-07010-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

WHEREAS, Defendant has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: January 13, 2020                                MOORE LAW FIRM, P.C.

                                                                  */s/ Tanya E. Moore*
                                                                  Tanya E. Moore
                                                                  Attorney for Plaintiff,
                                                                  Gerardo Hernandez